No. 452. McCarthy v. American Eastern Corp. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman, Charles Lakatos* and *Wilfred R. Lorry* for petitioner. *Thomas E. Byrne, Jr.* and *Timothy J. Mahoney, Jr.* for respondent.

No. 457. Colgrove et al. v. United States. C. A. 9th Cir. Certiorari denied. *Thurman Arnold* and *Walter M. Gleason* for petitioners. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl, Vincent A. Kleinfeld* and *John T. Grigsby* for the United States.

No. 458. Colusa Remedy Co. v. United States. C. A. 8th Cir. Certiorari denied. *Walter M. Gleason* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, John R. Benney, Robert S. Erdahl, Vincent A. Kleinfeld* and *Bernard D. Levinson* for the United States.

No. 459. Riley v. Union Pacific Railroad Co. C. A. 7th Cir. Certiorari denied. *William H. DeParcq* for petitioner.

No. 461. Apex Smelting Co. v. Burns et al., doing business as William J. Burns International Detective Agency. C. A. 7th Cir. Certiorari denied. *Joseph T. Lavorci* for petitioner. *David A. Canel* for respondents.

No. 462. Simpson Bros., Inc. v. District of Columbia. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *John F. Hillyard* for petitioner. *Vernon E. West, Chester H. Gray* and